COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:      Anthony Simon v. Kaytron Patric Curlin

Appellate case number:    01-16-00361-CV

Trial court case number:  2015-13089

Trial court:              312th District Court of Harris County

On July 6, 2016, appellant, Anthony Simon, filed in this Court an affidavit of indigence, which the Clerk of this Court forwarded to the district clerk on July 8, 2016. *See* TEX. R. APP. P. 20.1(c)(1), (d)(1). On August 23, 2016, the indigent clerk's record was filed in this Court attaching, among other things, the trial court's orders, signed on July 27, 2016, sustaining the court reporter's and trial clerk's contests to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4).

A party claiming indigence for appellate costs may seek review of a trial court's order sustaining a contest to his affidavit of indigence by filing a motion challenging the order, within 10 days of that order, in the appellate court. *See* TEX. R. APP. P. 20.1(j)(1), (2). Here, because appellant failed to timely file such a motion, the Clerk of this Court is directed to mark appellant not indigent for purposes of appellate costs. *See id.* 20.1(j)(2).

Accordingly, because appellant has not established indigence, it is **ORDERED** that he pay the $205.00 filing fee to the Clerk of this Court and file evidence with the Clerk of this Court of payment or arrangements to pay the trial clerk for preparation of the clerk's record **within 30 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

In addition, appellant is **ORDERED** to request and pay, or make arrangements to pay, for the reporter's record **within 30 days** of this order, or this Court may set the briefing schedule and consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
⊠ Acting individually
Date: September 8, 2016